**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
Allyson M. Julien (*pro hac vice* application forthcoming)
ajulien@goldmanismail.com
Betsy Farrington (*pro hac vice* application forthcoming)
bfarrington@goldmanismail.com
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

**VENABLE LLP**
Celeste M Brecht (SBN 238604)
cmbrecht@venable.com
Ramanda R. Luper (SBN 313606)
rrluper@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Defendants
Merck & Co., Inc., and
Merck Sharp & Dohme Corp.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COLBATH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERCK & CO., INC., and MERCK SHARP & DOHME CORP.,<br><br>　　　　　Defendants. | Case No. 3:21-cv-0120-W-DEB<br><br>Hon. Thomas J. Whelan<br><br>**DECLARATION OF CELESTE M. BRECHT IN SUPPORT OF DEFENDANTS MERCK & CO., INC., AND MERCK SHARP DOHME CORP.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE**<br><br>Hearing Date: May 10, 2021<br>Time:　　　　None<br>Dept.:　　　　3C<br><br>Action Filed:　January 21, 2021<br>Trial Date:　　None Set |

I, Celeste M. Brecht, do hereby declare as follows:

1. I am an attorney licensed to practice law in California and am a partner at Venable LLP, counsel of record for Defendants Merck & Co., Inc., and Merck Sharp & Dohme Corp. (collectively, "Merck"). I have personal knowledge of the matters contained herein and, if called, could and would testify competently thereto.

2. This declaration is submitted in support of Merck's Motion to Dismiss Plaintiff's Complaint.

3. Attached hereto as **Exhibit A** is a true and correct copy of a printout of the Cleveland Clinic, *Postural Orthostatic Tachycardia Syndrome (POTS)* (Oct. 12, 2020), https://my.clevelandclinic.org/health/diseases/16560-postural-orthostatic-tachycardia-syndrome-pots.

4. Attached hereto as **Exhibit B** is a true and correct copy of a printout of the Cleveland Clinic, *Myalgic Encephalomyelitis/Chronic Fatigue Syndrome ("ME/CFS")* (June 21, 2018), https://my.clevelandclinic.org/health/diseases/17720-myalgic-encephalomyelitischronic-fatigue-syndrome-mecfs

5. Attached hereto as **Exhibit C** is a true and correct copy of a printout of the Centers for Disease Control, *Human Papillomavirus (HPV) Vaccine* (Sept. 9, 2020), https://www.cdc.gov/vaccinesafety/vaccines/hpv-vaccine.html.

6. Attached hereto as **Exhibit D** is a true and correct copy of the April 2011 Patient Information about Gardasil, available at https://www.merck.com/product/usa/pi_circulars/g/gardasil/gardasil_ppi.pdf, as well as a copy of the corresponding April 2011 Prescribing Information also bearing identification number "9883616," collectively referenced as "April 2011 Gardasil Patient Information and Prescribing Information."

7. Attached hereto as **Exhibit E** is a true and correct copy of a printout of the National Institutes of Health ("NIH"), National Cancer Institute, *Human*

1

*Papillomavirus (HPV) Vaccines* (Sept. 9, 2019), https://www.cancer.gov/about-cancer/causes-prevention/risk/infectious-agents/hpv-vaccine-fact-sheet.

8. Attached hereto as **Exhibit F** is a true and correct copy of a Letter from Wellington Sun, M.D., Director, Division of Vaccines and Related Products Applications, Office of Vaccines Research and Review, Center for Biologics Evaluation and Research, Gardasil Approval Letter (Sept. 12, 2008), http://wayback.archive-it.org/7993/20170722145334/https://www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm111270.htm.

9. Attached hereto as **Exhibit G** is a true and correct copy of a Letter from Wellington Sun, M.D., Director, Division of Vaccines and Related Products Applications, Office of Vaccines Research and Review, Center for Biologics Evaluation and Research, Gardasil Approval Letter (Oct. 16, 2009), http://wayback.archive-it.org/7993/20170722145332/https://www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm186991.htm.

10. Attached hereto as **Exhibit H** is a true and correct copy of a Letter from Wellington Sun, M.D., Director, Division of Vaccines and Related Products Applications, Office of Vaccines Research and Review, Center for Biologics Evaluation and Research, Gardasil Approval Letter (Dec. 22, 2010), http://wayback.archive-it.org/7993/20170722145329/https://www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm238074.htm

11. Attached hereto as **Exhibit I** is a true and correct copy of a printout of the Centers for Disease Control, *Reasons to Get Vaccinated* (Oct. 29, 2020), https://www.cdc.gov/hpv/parents/vaccine/six-reasons.html.

12. Attached hereto as **Exhibit J** is a true and correct copy of a printout of the Centers for Disease Control, *Human Papillomavirus (HPV) Vaccination &*

*Cancer Prevention* (Mar. 17, 2020), https://www.cdc.gov/vaccines/vpd/hpv/index.html.

13. Attached hereto as **Exhibit K** is a true and correct copy of a printout of the Centers for Disease Control, *Human Papillomavirus (HPV) Treatment and Care* (Dec. 28, 2016), https://www.cdc.gov/std/hpv/treatment.htm.

14. Attached hereto as **Exhibit L** is a true and correct copy of a printout of the Centers for Disease Control, *HPV and Men – Fact Sheet* (Jan. 19, 2021), https://www.cdc.gov/std/hpv/stdfact-hpv-and-men.htm.

15. Attached hereto as **Exhibit M** is a true and correct copy of a printout of the Centers for Disease Control, *Genital HPV Infection – CDC Fact Sheet* (July 2017), https://www.cdc.gov/std/hpv/hpv-Fs-July-2017.pdf.

16. Attached hereto as **Exhibit N** is a true and correct copy of a printout of the U.S. Food & Drug Administration, *Gardasil Vaccine Safety* (Aug. 20, 2009), https://www.fda.gov/vaccines-blood-biologics/safety-availability-biologics/gardasil-vaccine-safety.

17. Attached hereto as **Exhibit O** is a true and correct copy of a printout of the Centers for Disease Control, *Basic Information about HPV & Cancer* (Sept. 3, 2020), https://www.cdc.gov/cancer/hpv/basic_info/index.htm.

18. Attached hereto as **Exhibit P** is a true and correct copy of a printout of the Centers for Disease Control, *Cancers Caused by HPV* (Nov. 17, 2020), https://www.cdc.gov/hpv/parents/cancer.html.

19. Attached hereto as **Exhibit Q** is a true and correct copy of a printout of the World Health Organization, *Health Topics – Cervical cancer*, https://www.who.int/health-topics/cervical-cancer#tab=tab_1 (last viewed Mar. 26, 2021).

20. Attached hereto as **Exhibit R** is a true and correct copy of a printout of the Centers for Disease Control, *Cancers Caused by HPV are Preventable* (Sept. 14, 2020), https://www.cdc.gov/hpv/hcp/protecting-patients.html.

21. Attached hereto as **Exhibit S** is a true and correct copy of a printout of the Centers for Disease Control, *HPV – Associated Cancer Statistics* (Sept. 3, 2020), https://www.cdc.gov/cancer/hpv/statistics/.

22. Attached hereto as **Exhibit T** is a true and correct copy of a printout of the Centers for Disease Control, *Human Papillomavirus (HPV) Infection* (June 4, 2015), https://www.cdc.gov/std/tg2015/hpv.htm.

23. Attached hereto as **Exhibit U** is a true and correct copy of a printout of the Centers for Disease Control, *What Can I Do to Reduce My Risk of Cervical Cancer?* (Jan. 21, 2021), https://www.cdc.gov/cancer/cervical/basic_info/prevention.htm.

24. Attached hereto as **Exhibit V** is a true and correct copy of a printout of the Elissa Meites, MD *et al.*, Centers for Disease Control, *Human Papillomavirus Vaccination for Adults: Updated Recommendations of the Advisory Committee on Immunization Practices* (Aug. 16, 2019), https://www.cdc.gov/mmwr/volumes/68/wr/mm6832a3.htm.

25. Attached hereto as **Exhibit W** is a true and correct copy of a printout of the Centers for Disease Control, *When to Get HPV Vaccine* (Oct. 29, 2020), https://www.cdc.gov/hpv/parents/vaccine.html.

26. Attached hereto as **Exhibit X** is a true and correct copy of a printout of the Centers for Disease Control, *Questions about HPV Vaccine Safety* (July 15, 2020), https://www.cdc.gov/vaccinesafety/vaccines/hpv/hpv-safety-faqs.html.

27. Attached hereto as **Exhibit Y** is a true and correct copy of a printout of the World Health Organization, *Safety update of HPV vaccines* (July 14, 2017), https://www.who.int/vaccine_safety/committee/topics/hpv/June_2017/en/.

28. Attached hereto as **Exhibit Z** is a true and correct copy of a printout of the World Health Organization, *Global strategy to accelerate the elimination of cervical cancer as a public health problem* (Nov. 17, 2020), https://www.who.int/publications/i/item/9789240014107.

29. Attached hereto as **Exhibit AA** is a true and correct copy of a printout of the European Medicines Agency, *Review concludes evidence does not support that HPV vaccines cause CRPS or POTS* (May 11, 2015), https://www.ema.europa.eu/en/news/review-concludes-evidence-does-not-support-hpv-vaccines-cause-crps-pots.

30. Attached hereto as **Exhibit BB** is a true and correct copy of a printout of the European Medicines Agency, *HPV Vaccines: EMA confirms evidence does not support that they cause CRPS or POTS* (Jan. 12, 2016), https://www.ema.europa.eu/en/documents/referral/hpv-vaccines-article-20-procedure-ema-confirms-evidence-does-not-support-they-cause-crps-pots_en.pdf.

31. Attached hereto as **Exhibit CC** is a true and correct copy of a printout of the Centers for Disease Control, *HPV Vaccine Safety and Effectiveness Data* (Nov. 15, 2019), https://www.cdc.gov/hpv/hcp/vaccine-safety-data.html.

32. Attached hereto as **Exhibit DD** is a true and correct copy of a printout of the Centers for Disease Control, *HPV Vaccination is Safe and Effective* (Apr. 29, 2019), https://www.cdc.gov/hpv/parents/vaccinesafety.html.

33. Attached hereto as **Exhibit EE** is a true and correct copy of a printout of the U.S. Food & Drug Administration, *FDA Information on Gardasil – Presence of DNA Fragments Expected, No Safety Risk* (Oct. 21, 2011), https://www.fda.gov/vaccines-blood-biologics/vaccines/fda-information-gardasil-presence-dna-fragments-expected-no-safety-risk#:~:text=DNA%20encoding%%2020the%20HPV%20L1,is%20not%20a%20safety%20factor.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed this 5th day of April, 2021, at Marquette, Michigan.

*/s/ Celeste M. Brecht*
Celeste M. Brecht